IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas J. George, :
          Petitioner :
           :
    v. : No. 702 C.D. 2019
           :
Unemployment Compensation :
Board of Review, :
          Respondent :

## **O R D E R**

AND NOW, this 23rd day of June, 2020, **IT IS HEREBY ORDERED** that the above-captioned opinion filed April 13, 2020, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge